**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**THOMAS FREDERICK,**

    **Plaintiff**

-vs-                                              **Case No.    C-1-09-947**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant**

_____

## JUDGMENT IN A CIVIL CASE

    **Jury Verdict.**    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**  A decision has been rendered.


    **IT IS ORDERED AND ADJUDGED**

The final decision of the Commissioner is AFFIRMED. This case is Terminated on the docket of this Court.

                                                          JAMES BONINI.,  CLERK

                                                 By:s/    Darlene Maury
                                                  Darlene Maury, Deputy Clerk